## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| RAHEEM PLEASANT, | : No. 32 EM 2020 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| JOHN WETZEL, SECRETARY OF D.O.C., | : |
| BERNADETTE MASON, FACILITY | : |
| MANAGER OF SCI-MAHANOY, | : |
| LAWRENCE KRASNER, DISTRICT | : |
| ATTORNEY OF PHILADELPHIA, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 5th day of June, 2020, the "Emergency Motion Seeking Release from Respondents['] Custody" is DENIED.